IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIAN TRAMMELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:12-cv-553-IPJ-TMP |
| MRS. DUKES, MR. SHAW, CAPTAIN FLOWERS, LAURA SHADDIX, CHIEF HUBBARD, SGT. HARRIS, | ) |
| Defendants | ) |

ORDER DISMISSING COMPLAINT

In accordance with the Memorandum Opinion entered herewith, the court hereby ADOPTS and ACCEPTS the report and recommendation, as supplemented by the Memorandum Opinion. Because the complaint, even as amended by the objections, fails to state a claim for relief, the complaint is hereby DISMISSED.

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

DONE this 27th day of November 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE